UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL WOLF,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                Defendant. | No. CV-10-00063-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND<br><br>(Ct. Rec. 22) |

    The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings (**Ct. Rec. 22**). They have consented to proceed before a magistrate judge (Ct. Rec. 8).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will conduct a de novo hearing; further evaluate and address the opinions of Drs. Pulakos, Ng, and Sanford; further consider the treatment notes from the University of Idaho Total Health Clinic; and indicate the weight given to the opinions of Drs. Burr, Rehnberg, Von Moltke, and Alexander, in accordance with 20

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

C.F.R. §§ 404.1527, 416.927.

Because this remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), the parties agree plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 22**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 28th day of March, 2011.

                                       *s/James P. Hutton*
                                       JAMES P. HUTTON
                              UNITED STATES MAGISTRATE JUDGE